Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

James I Wynn Sr.

-vs-

**B.** **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Judge David G. Gariner
2. Judge Paul R. Warren
3. Phillip Lytle LLP
4. Kevin Hogan
5. Richard J. Evans
6. John F Speranza

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Plaintiff and Defendant reside in Monroe County

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: location of infraction

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Illegal property Foreclosure Scam by Gerda B Cassara and The above Defendants Conspired To get they Violate Plaintiff civil rights elder abuse due process constitutional rights discrimination biased disregard for rule of law Fraudulent recklessness lawless violation of my Chapter 7 Bankruptcy was also inplace the stay was violated also See the Second Circuit Court of appeals mandate dated 11-22-2019 also See the Chapter 7 discharged by Judge Warren dated 11-26-2019 See order converting plan from Chapter 13 to Chapter 7 dated July 27, 2017

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.   Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

1. James I Dyan sr.

-vs-

**B.   Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Mark updegroff ala Land Redux LLC
2. Adam J. Bello
3. Walter Evans
4. Shawn Burr
5. Genda R Cassava
6. 

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: Plaintiff and Defendant reside in Monroe County

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: Location of infraction

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: Illegal property Foreclosure/Security Gerda Cassavera and the above Defendants Conspired together violate Plaintiff civil Rights clear abuse Due process Constitutional rights Discrimination biased revenge Forrale of low Fraud I. Sues/out for sale Got in vackloss and lawless plus collusion of my Chapter 7 Bankruptcy that was in place when this took place. The stay was in place it was violated. See Court of appeals For the Second Circuit mandate 11-22-2019 See the Chapter 7 discharged by Judge Warren dates 11-26-2019 See order the laws in place when Foreclosure took place dated July 27, 2017

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: James I Wynn Sr

Present Address: 7 Kencrest Circle Rochester New York 14606

Name of Second Plaintiff: —

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Judge David G. Larimer

Official Position of Defendant (if relevant): United States District Court

Address of Defendant: 100 State Street Rochester NY 14614

Name of Second Defendant: Judge Paul R. Warren

Official Position of Defendant (if relevant): United States Bankruptcy Court

Address of Defendant: 100 State Street Rochester NY 14614

Name of Third Defendant: Phillips Lytle (LLP)

Official Position of Defendant (if relevant): Law Firm

Address of Defendant: 28 East Main Street Suite 1400 Rochester NY 14614

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in state or federal court dealing with **the same facts involved in this action?**
    Yes [✓]   No [ ]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:
    Plaintiff(s): James I Wynn Sr.

2

8 Eighth Parties to this Action

Plaintiff's Information Note
Name of First Plaintiff     James I Wynn Sr.
Present Address             7 Kencrest Circle
                            Rochester New York 14606


Defendant's Information Note
Name of Fourth Defendant    Kevin Hogan ESQ
Official Position of Defendant (if relevant) Corp. Manager For Philip Lytle LLP.
Address of Defendant        125 Main Street, Buffalo, NY 14203


Name of Fifth Defendant     Richard J. Evans ESQ
Official Position of Defendant Special Counsel For Philly Lytle LLP
Address of Defendant        28 East Main Street, Suite 1400 Rochester NY 14614


Name of Six Defendant       John F Speranza Referee
Official Position of Defendant Attorney Conspired with Defendants
Address of Defendant        28 East Main Street Suite 1800 Rochester NY 14614


Name of Seventh Defendant   Mark updegraff aka Ward Kedut LLC Defendants
Official Position of Defendant Conspired with Crevda Costovend
Address of Defendant        100 Liberty Pole Way Rochester NY 14604


Name of Eighth Defendant    Adam J. Bello
Official Position of Defendant County Executive
Address of Defendant        39 West Main Street Rochester NY 14614

Eleven Parties To this Action

Plaintiffs Information
Name of First Plaintiff        James I Wynn sr.
Present Address                7 Kencrest Circle
                               Rochester NY 14606


Defendants Information
Name of Ninth Defendant        Malik Evans
Official position of Defendant City of Rochester Mayor
Address of Defendant           Dept. of Law City Hall Room 400A 30 Church Street Rochester NY 14614

Name of Tenth Defendant        Shawn Burr
Official position of Defendant Executive Director Housing Authority Seating
Address of Defendant           675 Main Street Rochester NY 14614

Name of Eleventh Defendant     Gerda R Cossava
Official position of Defendant Just recently learned she foreclosed on my property and she did have any Authority Then a 10 year old child
Address of Defendant           8285 Peachey Road Bergen NY 14416

Defendant(s): Judge Daniel C. Lorimer, Judge Paul R. Warren, Phillip Lytle LLP, Kevin Hogan, Richard Evans, John F Speranza, mark updegraff, Adam J. Bello, Merideth Evans, Chason Burr, Corda B Cosuma

2. Court (if federal court, name the district; if state court, name the county): Monroe

3. Docket or Index Number: These are Summons with Complaints 2022-1486, 2022-1942, 2022-2045, 2022-1506, 2022-2044, 2022-1961, 2022-2086, 2022-2229, 2022-2282, 2022-1486, 2022-1942

4. Name of Judge to whom case was assigned: No Judge assigned only several Summons with notice

5. The approximate date the action was filed: 2282 filed 8-12-2022, Amended on 8-18-2022, 2229 filed 8-12-2022, 2086, filed 7-27-2022

6. What was the disposition of the case?
   Is it still pending? Yes [✓] No [ ]
   If not, give the approximate date it was resolved. No Complaint has been filed for Summons with notice

   Disposition (check those statements which apply):
   [ ] Dismissed (check the statement which indicates why it was dismissed):
       [ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
       [ ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
       [ ] By court due to your voluntary withdrawal of claim;
   [ ] Judgment upon motion or after trial entered for
       [ ] plaintiff
       [ ] defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

A. **FIRST CLAIM:** On (*date of the incident*) See attached Verified Complaint, defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) Judge Daniel C. Lorimer, Judge Paul R. Warren, Phillip Lytle LLP, Kevin Hogan, Richard F. Evans, John F. Speranza, mark updegraff, Adam J. Bello, Chason J. Burr, Corda B Cosuma

3

did the following to me (*briefly state what each defendant named above did*): See attached Verified Complaint all Defendants knowingly+willingly conspired with Gerda B Cosseva knowing that she was a fraud, and that she did not have any more authority to foreclose on Plaintiff property at 3840 Lake Ave then she had to foreclose on eighte one of the Defendant's home. Plaintiff doesn't owe Gerda B Cosseva not even one dime. Plus the Fact is Plaintiff was still under the protection of the Chapter 7 Bankruptcy Stay and Statues

The federal basis for this claim is: Civil Rights Fraud Stealing personal property race discrimination No respect for the rule of law False Claim to others property. Plus These is Criminal

State briefly exactly what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

I am respectfully asking the Court to return my property to me at 3840 Lake Ave als I am asking the to give me damages that I am asking for in my Complaint

---

**B. SECOND CLAIM:** On (*date of the incident*) See Verified Complaint (attached),
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Judge David G. Larimer US District Court Judge Paul R. Warren US Bankruptcy Court Phillip LyNebble, Kevin Hogan, Kathee S. J. Evans, John Esperanza, Mark Lopman Ff Adam J. Bello, and Kevin ale Sharon Kerr

did the following to me (*briefly state what each defendant named above did*): Gerda B Cosseva

See attached Verified Complaint They Willingly Conspired to have a disregard for the rule of law wheather it was the Chapter 7 Bankruptcy Stay or the disregard for the United State Constitution Ask them if I was a White man would I have been Treated As I was disregard for due process. Ask them Would they want their Family members Treated as I was being a 82 year old black man that didn't do anything to deserve this even people in Hell should have more respect for the rule of law Than the Defendants have

The federal basis for this claim is: See attached Verified Complaint (attached)
Race discrimination biased, Malicious racist biased due process

State briefly exactly what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

I am respectfully asking that my property be returned because none of the document used in this Scam was legal. Plus I am asking the Court to grant Plaintiff mention in Verified Complaint. See Chapter 7 Discharge 11-26-2019 See 2nd Circuit mandate 11-22-2019 See Order Changing Claim July 27, 2019 They is Criminal 2019

If you have additional claims, use the above format to set them out on additional sheets of paper.

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I am respectfully requesting that my property at 3840 Lake Ave be returned to me, because it was fraudulent taken even my Chevy Luv in the back was taken. Plaintiff also want damages from the defendant as shown in or written in the Verified Complaint. Goude B Cassava should be charged with a crime. Every one of the defendant should be pay for damages as shown in Verified Complaint.

Do you want a **jury trial?** Yes [X] No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___8 - 22 - 2022___
　　　　　　　　(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____James J Defranko_____

Signature(s) of Plaintiff(s)

5

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
James I Wynn Sr.

**(b)** County of Residence of First Listed Plaintiff: Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
Judge David G. Larimer Judge Paul R. Warren Phillip Lytle LLP Keven Hogan Richard E Vent John F Speranza Mark Wysocoft aka YarkKedvelle LLC Adam J. Bello Malik Evans Shawn Burr Crede of Coasere Monroe

County of Residence of First Listed Defendant: Monroe
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☒ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☒ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☒ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☒ 290 All Other Real Property

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☒ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☒ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: The Above Defendants conspired with each oreser to to defraud Plaintiff out of his property at 3840 Licke Ave Rochester NY 14612

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 16,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____